A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jul 02, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 17, 2010

FILED
CLERK'S OFFICE

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION

MDL No. 2119

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-7)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 7, 2009, the Panel transferred five civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 659 F.Supp.2d 1368 (J.P.M.L. 2009). Since that time, 66 additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable James A. Teilborg.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the formation and/or operation of the Mortgage Electronic Registration Systems (MERS), which involve questions of fact that are common to the previously transferred MDL No. 2119 actions; and (2) claims that are not so related

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of December 7, 2009, and, with the consent of that court, assigned to the Honorable James A. Teilborg.

All claims in these actions that are unrelated to the formation and/or operation of the MERS system are separated and simultaneously remanded, under 20 USC 1407, to their respective districts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 02, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION                          MDL No. 2119

## SCHEDULE CTO-7 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEVADA** | |
| NV 3 10-66 | Eric A. Gothan, et al. v. World Savings Bank, FSB, et al. |
| NV 3 10-241 | Herous Yeghiyaian v. Pulte Mortgage, LLC, et al. |
| NV 3 10-252 | Nelson Sandefur, Jr. v. First Horizon Home Loans, et al. |
| NV 3 10-267 | Scott Spracklin, et al. v. Recontrust Co., et al. |
| NV 3 10-270 | Steven Meyer v. CTX Mortgage Co., LLC, et al. |
| **OREGON** | |
| OR 3 10-460 | Pablo E. Leon, et al. v. Ownit Mortgage Solutions, Inc., et al. |